**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**GREENVILLE DIVISION**

| | |
|---|---|
| Mary Shell, | Civil Action No. 6:10-CV-00327-HFF |
| Plaintiff, | |
| vs. | **CONSENT ORDER OF REMAND TO STATE COURT** |
| Wal-Mart Stores East, L.P., | |
| Defendant. | |

Plaintiff Mary Shell and Defendant Wal-Mart Stores East, L.P., by and through their undersigned counsel of record, hereby consent to the remand of this matter to the Court of Common Pleas of Laurens County, State of South Carolina.

This consent order is based upon the stipulation to the amount in controversy previously filed in this case by the plaintiff. Upon the foregoing, it is hereby **ORDERED** that this case be, and the same is hereby **REMANDED** to the state court, Court of Common Pleas in Laurens County, State of South Carolina. The parties shall be responsible for filing the stipulation regarding the amount in controversy in state court upon remand.

WE DO HEREBY CONSENT:

        s/Wes A. Kissinger
        Wes A. Kissinger, Fed. ID No. 7180
        HARRISON, WHITE, SMITH & COGGINS, P.C.
        178 W. Main Street
        P.O. Box 3547
        Spartanburg, SC 29304
        (864) 585-5100

        Attorneys for Plaintiff
        Mary Shell

        s/Regina Hollins Lewis
        Regina Hollins Lewis, Fed. ID No. 7553
        GAFFNEY LEWIS & EDWARDS, LLC
        3710 Landmark Drive, Suite 304
        Columbia, South Carolina 29204
        (803) 790-8838 Telephone
        (803) 790-8841 Facsimile

        Attorneys for Defendants
        Wal-Mart Stores East, L.P.

February 26, 2010
Columbia, South Carolina

**IT IS SO ORDERED**.

        s/ Henry F. Floyd
        Judge Henry F. Floyd
        United States District Judge

February 26, 2010
Spartanburg, South Carolina